```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
UNITED STATES OF AMERICA,

        -against-

MICHAEL OPPENHEIM,

                    Defendant.
-------------------------------------------------------------

15 Cr. 548 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On June 27, 2016, the Government moved for a preliminary order of forfeiture as to a substitute asset. It is ORDERED that:

1. Defendant shall respond and file his opposition papers, if any, by **August 3, 2016**; and

2. The Government shall file its reply, if any, by **August 17, 2016**.

SO ORDERED.

Dated: July 20, 2016
          New York, New York

                                              ANALISA TORRES
                                          United States District Judge